IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. CR 09-00244 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| Julian Castro, | |
| Defendant. | |

**TO:   THE UNITED STATES MARSHAL
         NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES ATTORNEY
NORTHERN DISTRICT OF CALIFORNIA**

Presently before the Court is Defendant's Motion to Reconsider Denial of Motion to Dismiss. On March 18, 2008, the Court issued a warrant for the arrest of Defendant Julian Castro. (See Docket Item No. 2.) Based on the briefs submitted to date, it appears that although the Marshal received the warrant on March 18, 2008, and knew that Defendant Castro was in state custody, the Marshal did not serve the warrant. Defendant claims that the Marshal did not serve the warrant because of an agreement with the Department of Justice.[1] Defendant further claims that the purpose or effect of the agreement is to deprive him of the benefit of the provisions of the Interstate Agreement on Detainers. (Id.)

---

[1] (Memorandum of Points and Authorities in Support of Motion to Reconsider Denial of Motion to Dismiss at 2-3, hereafter, "Motion," Docket Item No. 29.)

In order to be fully informed with respect to the matter, the United States Marshal for the Northern District of California and the United States Attorney for the Northern District of California or their knowledgeable designees are ordered to appear on **Tuesday, June 30, 2009 at 1:30 p.m.** for the following purposes:

1. Inform the Court regarding any policies and practices for delay in serving arrest warrants issued by the Court;

2. Inform the Court regarding any formal or informal agreements, policies or practices for giving or declining to give notice to state custodial facilities of an outstanding warrant issued by this Court with respect to individuals in state custody; and

3. Depending upon the information presented at the hearing, show cause, if any, why the policies or practices did not interfere with the commands of the warrant and the ability of the Court to apply the IAD to the Defendant, who had made a demand to be brought before the Court to face the pending federal charges.

Dated:  June 23, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Federico L. Rocha, United States Marshal
Chad M. Mandell chad.mandell@usdoj.gov
Nicholas P. Humy nicholas_humy@fd.org

**Dated: June 23, 2009**                                          **Richard W. Wieking, Clerk**

                                                                  **By:      /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                           **Courtroom Deputy**